THE STATE, LEON H. KENDRICK, PROSECUTOR, v. THE MAYOR AND COUNCIL OF THE CITY OF HOBOKEN.

For the plaintiff, *John C. Besson.*

For the defendants, *James W. Vroom.*

In this case a gross sum was fixed by the resolutions of council, for publishing the proceedings of the council and of the board of education.

The same question is raised as is decided in the foregoing case, and the same determination made.

The resolutions are set aside, and annulled.